■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRELL A.E., Appellant. (Appeal No. 2.) [7 NYS3d 926]—Appeal from an adjudication of the Ontario County Court (William F. Kocher, J.), rendered October 3, 2012. The adjudication revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the adjudication so appealed from is unanimously affirmed.

Same memorandum as in *People v Derrell A.E.* ([appeal No. 1] 128 AD3d 1536 [2015]). Present—Smith, J.P., Carni, Lindley, Valentino and Whalen, JJ.